**Department of Homeland Security** is with whitehouse and 3 others.
February 4

MORE AGITATORS ARRESTED IN MINNEAPOLIS.

Violent agitators will not stop DHS law enforcement from conducting immigration enforcement.

ICE and CBP are taking rapists, murderers, drug dealers, and other predators out of our communities. Agitators are ruining their lives to defend CRIMINALS.

Do not engage in criminal conduct. Do not assault our law enforcement officers. We will prosecute you to the maximum extent of the law.







175K    26.2K comments    9.8K shares

