UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 26-mj-101 (JNE/DLM) |
| | ) | |
| v.                    Plaintiff, | ) | |
| | ) | **STATEMENT OF FACTS IN SUPPORT** |
| JOSEPH PERRY FRANKLIN, | ) | **OF EXCLUSION OF TIME UNDER THE** |
| | ) | **SPEEDY TRIAL ACT** |
| Defendant. | ) | |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Joseph Franklin, the defendant in this case, agree to the following statement of facts in support of my motion to continue the motion hearing and exclude time under the Speedy Trial Act. I need additional time to confer with my attorney and complete discussions with government regarding the next steps in my case. Based on these facts, I request that the time from now until 90 days from now be excluded from the time in which I would otherwise have to be brought to trial on my case. I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated:    5/18/2026

/s/ Joseph Franklin
JOSEPH PERRY FRANKLIN
Defendant

Dated:    5/18/2026

/s/ Siri Carlson McDowell
SIRI CARLSON MCDOWELL
Attorney ID No.: 0401693
Attorney for Mr. Franklin
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415