UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-101 (JNE/DLM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **GOVERNMENT'S MOTION TO DISMISS** |
| v. | ) | |
| | ) | |
| JOSEPH FRANKLIN, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Nicholas R. Grey, Special Assistant United States Attorney, hereby requests that the Court dismiss this case with prejudice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: August 24, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/Nicholas R. Grey*

BY: NICHOLAS R. GREY
MND No. 283780CA
Special Assistant U.S. Attorney